# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **JAMES NORMAN RICHARDSON,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PCS PHOSPHATE COMPANY, INC. (formerly known as AQUITANE, formerly known as TEXAS GULF) and BROADSPIRE SERVICES, INC.,** <br><br> **Defendants.** | Case No. 3:16-cv-68-GCM <br><br> **ORDER** |

This matter is before the Court on the parties' joint consent motion to drop Crawford & Company as a party from this action (Document 24) under Rule 21 of the Federal Rules of Civil Procedure. The action will survive against the remaining Defendants. For good cause shown, the Court GRANTS the parties' motion.

IT IS, THEREFORE, HEREBY ADJUDGED AND ORDERED that Crawford & Company is dropped as a party to this action, which shall survive against the other named Defendants.

SO ORDERED.

Signed: May 18, 2016

Graham C. Mullen
United States District Judge

1