IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-68-GCM

JAMES NORMAN RICHARDSON,
          Plaintiff,

v.

PCS PHOSPHATE COMPANY, INC, *et al*,
          Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Sabrina L. Atkins,** filed May 10, 2017 [doc. # 31].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Atkins is admitted to appear before this court *pro hac vice* on behalf of Defendant, Broadspire Services, Inc..

**IT IS SO ORDERED.**

Signed: May 12, 2017

_____
Graham C. Mullen
United States District Judge