IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **JAMES NORMAN RICHARDSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PCS PHOSPHATE COMPANY, INC. (f/k/a ELF AQUITANE, f/k/a TEXAS GULF) and BROADSPIRE SERVICES, INC.,**<br><br>**Defendants.** | Case No. 3:16-cv-68-GCM<br><br>**ORDER** |

This matter is before the undersigned on the parties' Joint Consent Motion for Leave to File Dispositive Motions and Related Filings Under Seal (ECF Doc. 36). Based on the motion and the allegations therein, the Court finds that:

1. The parties' deadline for dispositive motions is August 1, 2017. (ECF Doc. 30.)

2. The parties have diligently conducted and completed discovery, which addressed some confidential information covered by the Consent Protective Order approved by the Court. (ECF Doc. 35.)

3. The confidential information in question includes competitive and proprietary information that Defendant Broadspire Services, Inc. does not want disseminated publicly for business reasons.

4. Sealing the confidential information is necessary, because not doing so would expose Defendant Broadspire Services, Inc.'s unique and proprietary methods and techniques to its business competitors and harm Broadspire's industry competitiveness in the field of workers' compensation and third party claims administration.

5. Defendant Broadspire Services, Inc.'s legitimate business interest outweighs any interest the public may have in the confidential information.

6. Permanent sealing of the confidential information is appropriate.

The parties have shown good cause for the Court's granting this motion, and the Court notes that all parties consent and have filed the motion jointly.

The Court GRANTS the parties' Joint Consent Motion for Leave to File Dispositive Motions and Related Filings under Seal (ECF Doc. 36.) It is therefore ORDERED that the parties may file their dispositive motions and related filings under seal with the Court by the deadlines already established.

Signed: July 18, 2017

Graham C. Mullen
United States District Judge