IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-68-GCM

| | |
|---|---|
| JAMES NORMAN RICHARDSON,<br>    Plaintiff | |
| v. | ORDER |
| PCS PHOSPHATE COMPANY, INC.,<br>*et al*,<br>    Defendants. | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to pending motions for summary judgment, the trial in this matter is RE-SET for **March 12, 2018** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: September 28, 2017

Graham C. Mullen
United States District Judge